IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> The Court acknowledges the Joint Stipulation of Dismissal, dkt. 34. JPH, 9/22/2021 Distribution via ECF.

| | |
|---|---|
| MOHAMAD MERSHON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 1:20-cv-2486-JPH-MG |
| CONTITECH NORTH AMERICA, INC. | ) ) ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Mohamad Mershon, and Defendant, ContiTech North America, Inc., hereby stipulate that the above-styled action be dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,

/s/ *Lauren E. Berger*
Lauren E. Berger, #29826-19
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, IN  47708
Telephone:  812.424.1000
Facsimile:   812.424.1005
E-mail:  lberger@bdlegal.com

Attorneys for Plaintiff, Mohamad Mershon

Dated:  September 21, 2021

/s/ *Kaytlin E. Kopen (with permission)*
Kaytlin E. Kopen (admitted pro hac vice)
Husch Blackwell LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
Telephone: 314.345.6304
Facsimile: 314.480.1505
kayt.kopen@huschblackwell.com

Cooper R. Page (admitted pro hac vice)
Husch Blackwell LLP
1900 N. Pearl Street, Suite 1800
Dallas, TX 75201
Direct: 214.999.6146
Fax: 214.999.6170
cooper.page@huschblackwell.com

Attorneys for Defendant, Contitech North America, Inc.